**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61018-MIDDLEBROOKS

MICHAEL MEEKS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PROXYCARE, INC., a Florida corporation,

Defendant.
_______________________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal without Prejudice, filed on June 25, 2026. (DE 26). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Clerk of Court shall **CLOSE THIS CASE.**

(2) All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 29th day of June, 2026.

Donald M. Middlebrooks
United States District Judge

cc.

Counsel of Record